IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEENA MOSS and CHASE PARKER,**         Plaintiffs, | **CIVIL ACTION** |
| v. | |
| **AARON'S, INC.,**         Defendant. | **NO.  14-3753** |

## O R D E R

**AND NOW**, this 20th day of February, 2015, upon consideration of Defendant's Partial Motion to Dismiss, the Opposition thereto and the additional briefing thereon, it is **ORDERED** that Defendant's motion is **GRANTED.**  Count I of the Complaint is **DISMISSED** without prejudice.

        BY THE COURT:

        /S/WENDY BEETLESTONE, J.

        _____
        **WENDY BEETLESTONE, J.**