IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEENA MOSS and CHASE PARKER,**<br>Plaintiffs,<br><br>v.<br><br>**AARON'S, INC.,**<br>Defendant. | **CIVIL ACTION**<br><br><br><br><br><br>NO. 14-3753 |

### O R D E R

**AND NOW**, this 21st day of October, 2015, upon consideration of Plaintiffs' Motion for Summary Judgment on Liability Only on Count II (ECF No. 48); Defendant's Motion for Summary Judgment (ECF No. 49); Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 51); Defendant's Response in Opposition to Plaintiffs' Motion for Summary Judgment on Liability Only on Count II (ECF No. 53); Plaintiffs' Reply (ECF No. 54); and Defendant's Response in Support of Motion for Summary Judgment (ECF No. 55), **IT IS ORDERED** that:

(1) Plaintiffs' Motion for Summary Judgment on Liability is **DENIED**; and

(2) Defendant's Motion for Summary Judgment is **DENIED.**

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**